BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ANTONIO HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTONIO LATAURIS HENDRIX,<br><br>        Defendant. | No. CR 06-00699 SBA<br><br>**STIPULATION AND ORDER**<br>**CONTINUING SENTENCING HEARING**<br><br>Sentencing Date: October 2.2007<br>Time: 10:00 a.m. |

This matter presently is set for sentencing on October 2, 2007. Mr. Hendrix is eligible for a "safety-valve" reduction under 18 U.S.C. § 3553(f), provided he meets the listed criteria. The parties are currently completing their investigation of facts relating to safety-valve eligibility. Due to defense counsel's schedule, the parties don't believe they will complete this investigation in sufficient time to present the issue for the Court's consideration on October 2, 2007. According, IT IS STIPULATED AND AGREED that sentencing in this matter be continued to October 9, 2007 at 10:00 a.m.

- 1 -

|  | /S/ |
|---|---|
| Dated: September ____, 2007 | _____ |
|  | GARTH HIRE |
|  | Assistant United States Attorney |

|  | /S/ |
|---|---|
| Dated: September 21, 2007 | _____ |
|  | JEROME MATTHEWS |
|  | Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause to continue the sentencing hearing based on the parties' need to complete investigation of facts necessary to determine Mr. Hendrix's eligibility for a safety-valve reduction under 18 U.S.C. § 3553(f).

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing presently set for October 2, 2007 be continued to October 9, 2007.

IT IS SO ORDERED.

Dated:   September 26, 2007         _____
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

2