SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00699 SBA |
| )  Plaintiff, ) | UNITED STATES' APPLICATION TO SEAL; ORDER |
| v. ) | |
| ANTONIO LATAURIS HENDRIX, ) | |
| )  Defendant. ) | |

The United States hereby moves this Court to seal the Addendum to the United States' Sentencing Memorandum for Defendant Antonio Latauris Hendrix because the addendum contains information provided by defendant during a safety-valve proffer and that confidential information should not be made public.  Consequently, the United States respectfully

///

///

///

UNITED STATES' APPLICATION TO SEAL;
PROPOSED ORDER SEALING

1  requests that the Court grant the attached sealing order.

2  DATED: October 2, 2007           Respectfully submitted,

3                                   SCOTT N. SCHOOLS
                                    United States Attorney
4

5                                   _____/s/_____
                                    GARTH HIRE
6                                   Assistant United States Attorney

7

8                                **ORDER**

9     FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

10    The Addendum to United States' Sentencing Memorandum for Defendant Antonio

11 Latauris Hendrix contains confidential information that should not be publicly available and is

12 hereby ordered filed under seal.

13
   DATED: 10/5/07                   _____/s/ Saundra B Armstrong_____
14                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES' APPLICATION TO SEAL;
PROPOSED ORDER SEALING
-2-