1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     J. DOUGLAS WILSON (DCBN 412811)
3    Chief, Criminal Division

4    ROGER DINH (NYBN 4979274)
     Special Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        FAX: (510) 637-3724
         Roger.Dinh@usdoj.gov
8
     Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

     UNITED STATES OF AMERICA,            )   NO. 06-CR-00699  SBA
14                                        )
            Plaintiff,                    )   **ORDER OF DETENTION**
15                                        )
            v.                            )
16                                        )   Date:      June 18, 2014
     ANTONIO LATAURIS HENDRIX,            )   Time:      9:30 a.m.
17                                        )   Court:     Hon. Kandis A. Westmore
            Defendant.                    )
18   _____)

19

20          Defendant Antonio Latauris Hendrix is charged in a petition with violating the conditions of his

21   supervised release.  The defendant first appeared on the petition on June 12, 2014, pursuant to an arrest

22   warrant.

23          At his initial appearance regarding the revocation of supervised release, the United States

24   requested that the defendant be detained, pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal

25   Procedure and 18 U.S.C. § 3143(a)(1).  Upon defendant's request, a detention hearing was held on June

26   18, 2014.  Following the detention hearing and considering the Presentence Investigation report, the

27   petition filed in this case, and the proffers by both parties and the United States Probation Officer, the

28   Court ordered the defendant detained, finding the defendant had not met his burden of showing by clear

     DETENTION ORDER
     NO. CR-06-00699 SBA

1  and convincing evidence that the defendant will not flee or pose a danger to any other person or to the

2  community, as required by Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. §

3  3143(a)(1).  The Court noted that there were no condition or combination of conditions in 18 U.S.C. §

4  3142(c) that will reasonably assure the appearance of the defendant as required and the safety of any

5  other person and the community.  In particular, the Court noted the defendant's continual disregard for

6  the conditions of his supervised release by returning to North Richmond in violation of special condition

7  number six and his prior affiliation with a North Richmond gang.

8      Defendant is ordered detained as the defendant had not met its burden of showing by clear and

9  convincing evidence that the defendant will not flee or pose a danger to any other person or to the

10  community, as required by Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. §

11  3143(a)(1).  Further, no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

12  assure the appearance of defendant as required and the safety of any other person and the community.

13      Defendant is committed to the custody of the Attorney General or a designated representative for

14  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

15  sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a

16  reasonable opportunity to consult privately with counsel.  *See* 18 U.S.C. § 3142(i)(3).  On order of a

17  court of the United States or on request of an attorney for the government, the person in charge of the

18  corrections facility must deliver defendant to the United States Marshal for a court appearance.  *See* 18

19  U.S.C. § 3142(i)(4).

20      IT IS SO ORDERED.

21  Dated: 6/23/2014

22                                                          _____

23                                                          HON. KANDIS A. WESTMORE
                                                            United States Magistrate Judge

24

25

26

27

28

DETENTION ORDER
NO. CR-06-00699 SBA