1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Roger.Dinh@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 UNITED STATES OF AMERICA,           )   NO. 06-CR-00699  SBA
                                       )
13      Plaintiff,                     )   **UNITED STATES' MOTION TO DISMISS**
                                       )   **CHARGES TWO, THREE, AND FOUR**
14      v.                             )   **OF THE PETITION**
                                       )
15 ANTONIO LATAURIS HENDRIX,           )
                                       )
16      Defendant.                     )
                                       )
17 _____)

18      On July 22, 2014, the parties appeared before this Court for admission and disposition of

19 supervised release violation charges. Therein, the defendant, Antonio Latauris Hendrix, admitted to

20 Charge 1 and Charge 5 in the petition. The Court then sentenced the defendant to 3 months custody and

21 41 months of supervised release to follow.

22      Given the above, the government moves to dismiss Charge 2, Charge 3, and Charge 4 in the

23 petition.

24 DATED: July 17, 2014                     Respectfully submitted,

25                                          MELINDA HAAG
                                            United States Attorney
26

27                                                   /s/
                                            ROGER DINH
28                                          Special Assistant United States Attorney

   MOTION TO DISMISS CHARGES 2, 3, AND 4.
   NO. CR-06-00699 SBA

**ORDER**

Based on the foregoing, the Court hereby grants the government's motion and orders that Charge Two, Charge Three, and Charge Four in the petition are dismissed.

IT IS SO ORDERED.

DATED: 7/28/2014

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge